# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

130173

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JENNIFER ELLINGER,
　　　　　Plaintiff-Appellee,

v

ALLSTATE INSURANCE COMPANY,
　　　　　Defendant-Appellant.

SC: 130173
COA: 263270
Oakland CC: 2003-008015-AV
46th DC:  GC-023812-X

_____/

　　　　On order of the Court, the application for leave to appeal the November 15, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

　　　　　　　　　　　　　　　　Clerk

p0424